Form 1

# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 19-65555-BEM  
**Case Name:** DUKES, ANGELA EVETTE  
**For Period Ending:** 06/30/2020

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 09/30/2019 (f)  
**§ 341(a) Meeting Date:** 12/17/2019  
**Claims Bar Date:** 07/16/2020

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | HOUSEHOLD GOODS AND FURNISHINGS | 4,000.00 | 0.00 | | 0.00 | FA |
| 2 | clothes | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account: Bank of America | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | Division of Marital Assets (u) | Unknown | Unknown | | 0.00 | Unknown |
| 4 | **Assets Totals** (Excluding unknown values) | **$9,500.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee is monitoring divorce pending in Gwinnett County Superior Court. Angela Dukes v. Jamie Dukes 19-a-06188-7.

**Initial Projected Date Of Final Report (TFR):** 12/31/2021  
**Current Projected Date Of Final Report (TFR):** 12/31/2021

07/30/2020  
Date

/s/S. Gregory Hays  
S. Gregory Hays